**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Fredrena Shameka Cheley and Chrondric Maurice Ford,
Defendants,

Of whom Chrondric Maurice Ford is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001467

————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

————————

Unpublished Opinion No. 2019-UP-174
Submitted May 8, 2019 – Filed May 13, 2019

————————

**AFFIRMED**

————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of the Taylor Law Office, of Georgetown, for the Guardian ad Litem.

---

**PER CURIAM:** Chrondric Maurice Ford appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Ford's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.